UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **INTESTATE SUCCESSION OF CHRIS** | * | **CIVIL ACTION** |
| **ANTHONY JOSEPH, ET AL.** | * | |
|          *Plaintiffs* | * | **NO. 19-11268** |
| | * | |
| **VERSUS** | * | **SECTION: T (4)** |
| | * | |
| **JOSEPH P. LOPINTO, III, ET AL.** | * | **JUDGE: GUIDRY** |
|          *Defendants* | * | |
| | * | **MAGISTRATE: ROBY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

NOW INTO COURT, by and through undersigned counsel of record, come the plaintiffs, the INTESTATE SUCCESSION OF CHRIS ANTHONY JOSEPH (hereinafter referred to as "Mr. Joseph"), MICHELL STRICKLAND, individually and in her capacity as the duly confirmed natural tutrix of C.A.J., Jr., M. J., and M. J., minor children, and ANTOINETTE MIZETT, individually and in her capacity as the duly confirmed natural tutrix of P. T. J., a minor, persons of the full age of majority and citizens of the State of Louisiana and the United States of America, who with respect desire to amend and supplement the original Complaint filed in this Court on June 18, 2019, in the following respects:

1.

By amending paragraph eight of the original complaint to read as follows:

"8. Defendant, NARCOTICS DETECTIVE ALLEN DOUBLEDAY, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, a person of the full age of majority who is believed to be a resident of and domiciled in the Parish of Jefferson, State of Louisiana, who at all times pertinent herein was a narcotics detective with the

Jefferson Parish Sheriff's Office acting within the course and scope of his employment as a narcotics detective with the Jefferson Parish Sheriff's Office;"

2.

By amending paragraph nine of the original complaint to read as follows:

"9.	Defendant, NARCOTICS DETECTIVE BEN JONES, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, a person of the full age of majority who is believed to be a resident of and domiciled in the Parish of Jefferson, State of Louisiana, who at all times pertinent herein was a narcotics detective with the Jefferson Parish Sheriff's Office acting within the course and scope of his employment as a narcotics detective with the Jefferson Parish Sheriff's Office;"

3.

By amending paragraph ten of the original complaint to read as follows:

"10.	Defendant, NARCOTICS DETECTIVE CARMOUCHE, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, a person of the full age of majority who is believed to be a resident of and domiciled in the Parish of Jefferson, State of Louisiana, who at all times pertinent herein was a narcotics detective with the Jefferson Parish Sheriff's Office acting within the course and scope of his employment as a narcotics detective with the Jefferson Parish Sheriff's Office;"

4.

By amending paragraph eleven of the original complaint to read as follows:

"11.	Defendant, NARCOTICS DETECTIVE WIBLE, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, a person of the full age of majority who is believed to be a resident of and domiciled in the Parish of Jefferson, State of

Louisiana, who at all times pertinent herein was a narcotics detective with the Jefferson Parish Sheriff's Office acting within the course and scope of his employment as a narcotics detective with the Jefferson Parish Sheriff's Office;"

5.

By amending paragraph fourteen of the original complaint to read as follows:

"14.    Mr. Joseph picked up his friend, namely Daviri Robertson (hereinafter referred to as "Mr. Robertson"), and went to the iHOP located at 151 Westbank Expressway, Gretna, Louisiana 70053.  Based on information and belief, Mr. Joseph and Mr. Robertson entered the iHOP parking lot from Terry Parkway and pulled into a parking spot, with the sidewalk running perpendicular, and the car facing north/towards the iHOP.  The time of arrival was approximately 10:20 p.m."

6.

By amending paragraph seventeen of the original complaint to read as follows:

"17.    Based on information and belief, Defendants Doubleday, Jones, Carmouche, and Wible exited the aforementioned trucks and surrounded the vehicle occupied by Mr. Joseph and Mr. Robertson.  All four (4) defendants were in street clothes."

7.

By amending paragraph eighteen of the original complaint to read as follows:

"18.    Based on information and belief, one of the defendants presented to the driver side window of the vehicle occupied by Mr. Joseph and Mr. Robertson, and a second defendant presented to the front seat passenger window of the vehicle occupied by Mr. Joseph and Mr. Robertson."

8.

By amending paragraph nineteen of the original complaint to read as follows:

"19.    Based on information and belief, Defendants Doubleday, Jones, Carmouche, and Wible began firing their service weapons towards and into the vehicle occupied by Mr. Joseph and Mr. Robertson."

9.

By amending paragraph twenty-eight of the original complaint to read as follows:

"28.    Based on information and belief, Defendants Doubleday, Jones, Carmouche, and Wible never identified themselves as JPSO detectives/deputies prior to their convergence on the vehicle occupied by Mr. Joseph and Mr. Robertson."

10.

By amending the Prayer for Relief of the original complaint to read as follows:

"WHEREFORE, Plaintiffs, INTESTATE SUCCESSION OF CHRIS ANTHONY JOSEPH, MICHELL STRICKLAND, individually and in her capacity as the duly confirmed natural tutrix of C.A.J., Jr., M. J., and M. J., minors, and ANTOINETTE MIZETT, individually and in her capacity as the duly confirmed natural tutrix of P.T. J., a minor, pray that after due proceedings had, there be judgment rendered herein in their favour and against Defendants, SHERIFF JOSEPH P. LOPINTO, III, in his official capacity as the duly elected Sheriff of Jefferson Parish, NARCOTICS DETECTIVE ALLEN DOUBLEDAY, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, NARCOTICS DETECTIVE BEN JONES, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office, NARCOTICS DETECTIVE CARMOUCHE, individually and in his capacity as a duly sworn officer employed by the

Jefferson Parish Sheriff's Office, and NARCOTICS DETECTIVE WIBLE, individually and in his capacity as a duly sworn officer employed by the Jefferson Parish Sheriff's Office in the full sum of $20,000,000.00 **(Twenty Million Dollars and 00/100)** in compensatory, punitive, general and special damages, and for such other relief as this Honorable Court may deem just and appropriate.  Furthermore, Plaintiffs pray for all costs and expenses incurred in this litigation, and reasonable attorney fees pursuant to 42 U.S.C. 1988."

11.

Plaintiffs renew and reiterate all of the allegations (as amended herein), and all of the prayers of the original complaint.

**WHEREFORE**, Plaintiffs respectfully pray that, after due proceedings had, there be judgment rendered herein in favor of Plaintiffs and against Defendants jointly, severally, and in solido:

a. Awarding Plaintiffs compensatory and equitable damages in the amount of $20,000,000.00;

b. Awarding Plaintiffs all costs of these proceedings, including reasonable attorney fees, costs of court, and costs of prosecuting Plaintiffs claims; and

c. Awarding Plaintiffs all such general and equitable relief as law, equity, and the nature of the case may remit.

Respectfully submitted this 14th day of November, 2019.

Respectfully Submitted By:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Nathan M. Chiantella*

_____
EDWIN M. SHORTY, JR., #28421 (T.A.)
HOPE L. HARPER, #33173
DWAYNE P. SMITH, #21382
NATHAN M. CHIANTELLA, # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:   (504) 207-0850
Email: eshorty@eshortylawoffice.com
       hharper@hlharperandassociates.com
       dsmith@eshortylawoffice.com
       nchiantella@eshortylawoffice.com

## CERTIFICATE OF SERVICE

I certify that on this the 14th day of November, 2019, a copy of the foregoing pleading was filed with the clerk of court using the CM/ECF system. Notice of this filing will be served upon all parties by operation of the Court's electronic filing system.

*Nathan M. Chiantella*

_____
NATHAN M. CHIANTELLA